UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-61527-CIV-SMITH

JARRED HYDE,

    Plaintiff,

v.

CITY OF HOLLYWOOD, FLORIDA, *et al*,

    Defendants.
_____/

**ORDER AFFIRMING AND ADOPTING**
**REPORT AND RECOMMENDATION**

This matter is before the Court upon the Magistrate Judge's Report and Recommendation [DE 12] on Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs ("IFP Motion") [DE 3 and DE 6]. In her thorough and well-reasoned Report and Recommendation [DE 12], Magistrate Judge Augustin-Birch recommends that this action be dismissed with prejudice. No objections have been filed.

The Court has considered the Report and Recommendation, conducted a de novo review, and noted no objections have been filed. Accordingly, Judge Augustin-Birch's Report and Recommendation [DE 12] is **AFFIRMED** and **ADOPTED** as the Order of this Court.

**ORDERED** that:

1. Plaintiff's Complaint is **DISMISSED WITH PREJUDICE**.

2. This case is **CLOSED.**

**DONE AND ORDERED** in Fort Lauderdale, Florida on this 30th day of October, 2025.

cc:    counsel of record

RODNEY SMITH
UNITED STATES DISTRICT JUDGE